IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COREY JERRY PRITCHETT

                         Petitioner,

                v.

JERI TAYLOR

                      Respondent.

No. 2:14-cv-00182-PK

ORDER

HERNANDEZ, District Judge:

      Magistrate Judge Paul Papak issued a Findings & Recommendation [44]  on Petitioner's habeas corpus petition, in which he recommends the Court deny the petition and dismiss the case with prejudice.  Plaintiff has timely filed objections to the Findings & Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report.  28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation.  I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [44], and therefore, Petitioner's amended petition for writ of habeas corpus [27] is denied, and this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this _____13_____ day of _____May_____, 2016.


_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER